UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| FAYE MOUSTAPHA DJAMIL, ) <br> ) <br> Petitioner, ) <br> v. ) <br> ) <br> SHERIFF TODD ENTREKIN, ) <br> ) <br> Respondent. ) | Civil Action Number <br> 4:17-cv-01973-AKK-TMP |

## MEMORANDUM OPINION

This is a habeas corpus action under 28 U.S.C. § 2241, filed by Petitioner Faye Moustapha Djamil,[1] *pro se*. Djamil challenges the legality of his continued detention by federal immigration authorities pending his removal from the United States under the Immigration and Nationality Act. *See* Doc. 1. Sheriff Entrekin has moved to dismiss the action as moot, on the ground that Djamil has been removed from the United States. Doc. 9.

Sheriff Entrekin's motion is supported by a declaration by a Supervisory Detention and Deportation Officer who states that Djamil was removed from the United States on April 17, 2018. Doc. 9-1. As a result, Djamil's habeas corpus claim for release under an order of supervision or for repatriation is moot because

---

[1] Djamil identifies himself as Faye Moustapha Djamil, A209-828-485. Doc. 1. However, Sheriff Entrekin declares Petitioner's name is Moustapha Djamil Faye, A209-828-485. Doc. 9-1. Despite the discrepancy, the alien detainee number confirms Faye Moustapha Djamil and Moustapha Djamil Faye are one and the same.

the court can no longer provide meaningful relief. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003). Sheriff Entrekin's motion is due to be granted and this action is due to be dismissed. A separate Final Order will be entered.

**DONE** the 12th day of June, 2018.

*[signature]*
_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE